CAROL A. SOBEL, SBN 84483
LAW OFFICE OF CAROL A. SOBEL
3110 Main Street, Suite 210
Santa Monica, California  90405
T. (310) 393-3055  F. (310) 451-3858
E. carolsobel@aol.com

PAUL L. HOFFMAN, SBN 71244
SCHONBRUN DE SIMONE SEPLOW
HARRIS & HOFFMAN, LLP
723 Ocean Front Walk
Venice, California 90291
T. (310) 396-0731
E. hoffpaul@aol.com

JOHN RAPHLING, SBN 169554
LAW OFFICE OF JOHN RAPHLING
723 Ocean Front Walk
Venice, California 90291
T. (310) 351-0272
E. johnraphling@yahoo.com

GARY C. WILLIAMS, SBN 73167
919 S. Albany Street
Los Angeles, California 90019
T. (213) 736-1090
E. gary.williams@lls.edu

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| WINIFRED WEBSTER, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants. | CASE NO: CV 10-1182 ABC (Ex)<br><br>[PROPOSED] ORDER DISMISSING SECTION 1983 CLAIMS AND FEDERAL ACTION AGAINST DEFENDANT CITY OF LOS ANGELES<br><br>TRIAL DATE: Oct. 16, 2012<br>CTRM: 680 (Hon. Audrey Collins) |

The parties have submitted a stipulated dismissal of the federal action against the City of Los Angeles pursuant to F.R.Civ.P. 41, with prejudice and a waiver of costs.  The dismissal represents that plaintiffs intend to proceed with a pending action in Los Angeles Superior Court, arising from the same event.

The Court hereby enters an Order dismissing the federal action against the defendant City of Los Angeles per the terms of the Stipulation filed with the Court.  All other defendants were previously dismissed. Accordingly, the action is dismissed with prejudice.

Dated:   October 9, 2012

_____
UNITED STATES DISTRICT JUDGE


Lodged by:

LAW OFFICE OF CAROL A. SOBEL


                    /s
_____
By: CAROL A. SOBEL
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served this date through the Court's Electronic Court Filing ("ECF") system on all counsel of record in this action.

Dated: October 3, 2012

_____/s/_____
CAROL A. SOBEL